Stephen M. Doniger
Scott Alan Burroughs
Trevor W. Barrett
Frank Gregory Casella
Justin M. Gomes
David R. Shein*
Mathew DiNicola*^
Emily A. Danchuk*+
Michael D. Steger*+
*Of Counsel
^Admitted in Texas
+Admitted in New York



*Doniger / Burroughs Building*
*603 Rose Avenue*
*Venice, California 90291*

*New York Office*
*295 Madison Avenue, 22nd Floor*
*New York, New York 10017*

*Sender's contact:*
*michaelt@donigerlawfirm.com*
*(646)517-0600*

December 5, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-10-19

Re: *Stross v. Tango Publishing Corporation, et al*, 19-CV-2189-LAP

Dear Judge Preska:

This firm represents plaintiff Alexander Stross in this copyright infringement matter. I am writing pursuant to Local Rule 37.2 to request a pre-motion conference regarding defendant Tango Publishing Corporation's failure to respond to our discovery requests.

On August 27, 2019, I served Plaintiff's First Requests for Production of Documents and First Set of Interrogatories. Defendant has not responded to this discovery despite my repeated requests. Defendant has also not provided its Rule 26 disclosures, which I have also requested multiple times.

The parties have negotiated a stipulated protective order, which we will be submitting to the Court shortly. However, the submission (or non-submission) of a protective order has no bearing on Defendant's failure to comply with its obligations in this case.

Thank you for your consideration of this request.

Sincerely yours,

By: /s/ Michael D Steger
Michael D. Steger
for the Firm

cc:   All counsel (via ECF)

*Counsel shall appear for a conference on January 6, 2020 at 3:00.*

SO ORDERED

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

12/9/19

295 Madison Avenue / New York, New York 10017
Telephone: (646) 517-0600 / www.donigerlawfirm.com