```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STROSS,                             :
                 Plaintiff,         :
                                    :    19 Civ. 2189(LAP)
         v.                         :
                                    :    ORDER
TANGO PUBLISHING CORPORATION,       :
                                    :
                 Defendants.        :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It was agreed at today's conference that other than production of documents, all dates are suspended while counsel pursue settlement.

SO ORDERED.

Dated:   New York, New York
         January 6, 2020

*Loretta A. Presley*
LORETTA A. PRESKA
Senior United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-2020