UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STROSS,

            Plaintiff,

     v.

TANGO PUBLISHING CORP. et al.,

            Defendants.
------------------------------------x

19 Civ. 2189(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Because the parties have agreed to the terms of a settlement, the Clerk of the Court shall mark this action closed, subject to reopening within thirty days if the settlement is not effected, and all pending motions denied as moot.

SO ORDERED.

Dated:   New York, New York
        February 26, 2020

*Loretta A. Preska*

---
LORETTA A. PRESKA
Senior United States District Judge